**Opinion issued October 31, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00645-CV

_____

**FIRST CHAPEL DEVELOPMENT, LLC AND DENNIS R. BAILEY,**
**Appellants**

**V.**

**RECLAMATION AMERICAN GROUP CORPORATION, AS SUCCESSOR**
**IN INTEREST TO 1776 AMERICAN PROPERTIES VI, LLC, Appellee**

On Appeal from the 80th District Court
Harris County, Texas
Trial Court Case No. 2018-56211

## MEMORANDUM OPINION

Appellants First Chapel Development, LLC and Dennis R. Baily have filed a

motion for voluntary dismissal of this appeal. More than ten days have elapsed since

the filing of the motion, and no party has objected to dismissal. *See* TEX. R. APP. P.

10.3(a). No opinion has issued in this appeal. Accordingly, we reinstate the appeal, grant the motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Farris